UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| Tiffany Whitfield, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br>vs.<br><br>Contract Callers, Inc.,<br>Diverse Funding Associates, LLC, and John Does 1-25<br><br>    Defendants. | Case No.: 1:21-cv-01540-RDB |

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS CONTRACT CALLERS, INC.'S AND DIVERSE FUNDING ASSOCIATES, LLC'S REPLY IN SUPPORT OF MOTION TO DISMISS**

Pursuant to Rule 201(b) of the Federal Rules of Evidence, Defendants CONTRACT CALLERS, INC. and DIVERSE FUNDING ASSOCIATES, LLC ("Defendants") request judicial notice of the following documents submitted in support of Defendants' Reply in Support of Motion to Dismiss.

    1.    Complaint in *Tyler v. Timothy E. Baxter & Assocs., P.C.*, No. 17-13740 (E.D. Mich. Filed Nov. 17, 2017).

    2.    Complaint in *Ford v. Alpha Recovery Corp.*, 2:21-cv-02587-GRB-SIL (E.D.N.Y. Filed 05/08/21)

    3.    Complaint in *Kivo v. State Collection Service, Inc.*, 2:21-cv-03434-GRB-ARL (E.D.N.Y. Filed 06/17/21)

| | |
|---|---|
| Dated: September 7, 2021 | /s/ James M. Connolly<br>James M. Connolly (Bar No. 23872)<br>KRAMER & CONNOLLY<br>465 Main Street<br>Reisterstown, MD 21136<br>Tel: 410.581.0070 \| Fax: 410.581.1524<br>jmc@kramerslaw.com<br>Counsel for Defendants<br>Contract Callers, Inc. and Diverse Funding Associates, LLC |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on September 7, 2021, a copy of the foregoing was filed via CM/ECF which, in turn, shall deliver an electronic notice of this filing to:

> Aryeh E. Stein, Esquire
> Meridian Law, LLC
> 600 Reisterstown Road, Suite 700
> Baltimore, Maryland 21208

<u>/s/ James M. Connolly</u>
James M. Connolly